360 A.2d 643
Lauder et ux. v. Sevick, Appellant.

Argued June 14, 1976. William A. Slotter, with him, Jaczun & Grabowski, for appellant; Robert C. Steiger, for appellees.

Judgment affirmed.

360 A.2d 677
Maser v. Maser, Appellant.

Argued June 21, 1976. Kingsley A. Jarvis, with him James N. Peck, for appellant; Richard C. Sheehan, for appellee.

Order affirmed.